### Exhibit A to the Complaint

**Location:** New York, NY

**Total Works Infringed:** 34

**IP Address:** 72.89.164.176

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 04-18-2021 17:13:17 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 2 | Info Hash: 09FECD5ECA9A50DF2EEF37504906BB4E0E939D50<br>File Hash: 832A6155E356BCAC4BD4D3EBF6F3E20F839ED923A3020E129C2241CBDF90FBE6 | 04-18-2021 17:07:20 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 3 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979<br>File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 04-18-2021 17:07:04 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 4 | Info Hash: C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3<br>File Hash: DA0F0B1398F9753A117A7C5B67BA05DA19F6143BA7693248719E9A72AB45F489 | 04-18-2021 16:30:24 | Vixen | 08-02-2018 | 09-01-2018 | PA0002119574 |
| 5 | Info Hash: 1F3C71A8C75CE5A96C4CDFC55B75C9DBFE80BA96<br>File Hash: 52865408104AC768530DEA3C59663B162044009E55011D199911AD3138B2005F | 04-18-2021 14:59:08 | Vixen | 10-26-2018 | 12-10-2018 | PA0002145824 |
| 6 | Info Hash: 73554FFBC3738FD084087C0DBD1B77FF52A5E6F9<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 04-18-2021 05:25:17 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 7 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 03-25-2021 20:34:01 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |
| 8 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 03-25-2021 20:13:45 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: EC977E2980F8945172E61F868899C59CE850C90F<br>File Hash: 2CAF72B451343F7CC925C036751DD13BDF8A0C8A3BCAB07649DFE27376516005 | 03-25-2021 19:59:58 | Vixen | 08-22-2019 | 09-17-2019 | PA0002216215 |
| 10 | Info Hash: EF2C669D22E2B42C035E6131AB66D13DD0D82952<br>File Hash: 0F5E8CB6904F97C4C3BCA128BC2BAC1C269851A9CB76985D5B2C6E5B4BDDB11B | 03-24-2021 04:02:05 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 11 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 03-24-2021 03:59:39 | Vixen | 06-05-2020 | 06-22-2020 | PA0002245631 |
| 12 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 03-24-2021 03:57:59 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 13 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 03-24-2021 03:57:45 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 14 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash: 8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 03-23-2021 22:29:43 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 15 | Info Hash: C10F1DD79696BB0C387AA22E4F36C8E105F77445<br>File Hash: 46461D7C5D41223438B18575B0658755E3B31C1289B232747285799B6D08B50D | 03-23-2021 12:41:01 | Vixen | 09-21-2017 | 10-10-2017 | PA0002086168 |
| 16 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 03-21-2021 12:47:09 | Vixen | 04-03-2020 | 04-17-2020 | PA0002237302 |
| 17 | Info Hash: C365EDC953D797CA01D422202C581C63038E85E6<br>File Hash: 5F6E1DB1A34359A4F2BFE52EAE2A41C32A97E315F2FC36631D0136951F9CCC28 | 03-15-2021 07:16:40 | Blacked Raw | 06-01-2020 | 06-25-2020 | PA0002255508 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D93E7A2150B84861096407A9CABB85144D6DA4EC  File Hash: 7181F8C850321C93A227560AC549BC5E49DAB521BB9974A950DF7FA6EE4E28C1 | 03-15-2021 02:03:36 | Blacked Raw | 05-27-2019 | 06-13-2019 | PA0002180951 |
| 19 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B  File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 03-15-2021 02:02:24 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 20 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E  File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 03-15-2021 00:58:54 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 21 | Info Hash: 5EF5E7587779A60CF3BA49CED6EFA0BAA4AE9086  File Hash: CCE9ABA0858A8190CAF6D07329F272E63316C702F19E61F27A8B603298B11E7B | 03-15-2021 00:58:26 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 22 | Info Hash: 24CBC0961F66D0254842302FDBC0E033E4ACE4C1  File Hash: BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 03-15-2021 00:54:59 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 23 | Info Hash: 37421282F85B17E30318E8303DE6C569C81A9D7C  File Hash: BD36E73379371BF1A57C7E59A128B19A3C9593C11C67A2EB38A104F18DBFBA57 | 03-05-2021 09:35:44 | Blacked Raw | 02-01-2021 | 02-09-2021 | PA0002276143 |
| 24 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC  File Hash: 9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 03-05-2021 09:25:05 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 25 | Info Hash: 4403352121D56924807F7F9DF7A14C44DEA072DF  File Hash: FEF9647417291DD6DA1D0E86E29C9FC98054962C129CAD5C2CA376AF27FCA7DF | 03-05-2021 09:24:09 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 26 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5  File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 03-05-2021 05:18:14 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8FA3CA33BA6C045B4C5C47B69541A86376772F6C<br>File Hash: 871FEC79ED5A2B2D246C3346AD3C02BBD95C1E28D1A81DF416B735D553F314ED | 03-05-2021 05:16:46 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 28 | Info Hash: D4E56208BE290AAF986DD87881D7A77129089B86<br>File Hash: CFFEB7D5057D1FD28D9A4F4C1DE274C2FD8D161A7B8518F72C759E7BDD4EA716 | 03-05-2021 05:15:30 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |
| 29 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 03-05-2021 05:14:19 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 30 | Info Hash: 530E54D481D7BE087FF8875651364C015974E71E<br>File Hash: 6B9EDD5DB8EB2BE6EAA1D783754749032761DBC7DE9ABF885612AE938923270D | 02-13-2021 00:50:13 | Tushy | 04-26-2017 | 06-15-2017 | PA0002037565 |
| 31 | Info Hash: 6139AEF3696F83F031C0ED30F17BE4D3EA235E43<br>File Hash: 2FD586D8D4834490E7A7E5E87786872FAB9995B981C78EB30DA5C3ACB75F4208 | 02-12-2021 22:09:02 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 32 | Info Hash: 50E15D2CBEC667D65E27914E8CD54CFC687BA554<br>File Hash: 894EB6B77308919ACE1143A162DF1B62024AC823EACDFAD00FFF7795200FA6E8 | 02-12-2021 21:57:12 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 33 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 12-26-2020 23:14:17 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 34 | Info Hash: 9293375EA494D31BB0AD30580C2C2AE871D34768<br>File Hash: FB45EB0BB0DB1571251727E1ABFEF475272E066AEE4A94356BBB066AC0AFA962 | 12-26-2020 22:40:30 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |